UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES A TRAVENIA,<br><br>    Defendant. | Case No. 6:26-PO-00179-HBK<br><br>[Citation # E2560685, CA76]<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE<br><br>(Doc. 3) |

On May 4, 2026, the United States of America moved to dismiss Case No. 6:26-PO-00179-HBK [Citation # E2560685, CA76] against CHARLES A. TRAVENIA without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

ACCORDINGLY, it is hereby ORDERED:

1. The Court GRANTS the Government's motion (Doc. 3) and dismisses this case without prejudice.

2. The Clerk of Court shall vacate all hearing dates and deadlines and close this case.

Dated: May 4, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE